IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID GREGORY                                                                    PLAINTIFF

v.                                 No. 3:16-cv-340-DPM

ALEJANDRO PEREZ and AGRILEUM
ENVIRONMENTAL SERVICES LLC                                        DEFENDANTS

ORDER

The removal papers mention and quote an amended complaint. No copy of this pleading, though, has been filed with this Court. Absent this pleading, the amount in controversy appears inadequate. 28 U.S.C. § 1332(a). Defendants must complete the record by 21 December 2016 or the Court will remand.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2016