# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DAVID GREGORY;**
**and JIMMY BROSSETT**                                    **PLAINTIFFS**

**v.**                                 **No. 3:16-cv-340-DPM**

**ALEJANDRO PEREZ; and AGRILEUM**
**ENVIRONMENTAL SERVICES LLC**                  **DEFENDANTS**

## JUDGMENT

The second amended complaint is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

21 May 2018